UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  James J McGilligan | : Chapter 13 |
|      and | |
|      Elizabeth A McGilligan | : Bky. No. 17-15407-elf |

| | |
|---|---|
| James & Elizabeth McGilligan | : Adv. No. 17-313: |
|   Plaintiffs | |
|     v. | : |
| Onemain Consumer Loan, Inc. and Springcastle America Funding Trust, f/k/a Springleaf Consumer Loan Inc | : |
|   Defendants | |

# O R D E R

Upon consideration of the Plaintiff's Motion for Default Judgment, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

Dated: __January   17__, 201**8**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com